**Copyrights-In-Suit for IP Address 76.16.49.21**

**ISP:** Comcast Cable
**Location:** Plainfield, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| **Amazing Grace** | PA0001806477 | 09/14/2012 | 09/19/2012 | 01/10/2013 |
| **Blonde Ambition** | PA0001779796 | 03/05/2012 | 03/06/2012 | 12/17/2012 |
| **Bottoms Up** | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/16/2013 |
| **Breakfast in Bed** | PA0001787253 | 04/16/2012 | 04/17/2012 | 01/14/2013 |
| **By Myself** | PA0001816167 | 11/20/2012 | 12/11/2012 | 12/17/2012 |
| **Carmen Poolside Striptease** | PA0001771672 | 01/09/2012 | 01/17/2012 | 12/17/2012 |
| **Casual Sex** | PA0001820857 | 10/31/2012 | 01/13/2013 | 12/17/2012 |
| **Constance Aaron X-Art on TV** | PA0001771707 | 12/02/2011 | 01/17/2012 | 12/17/2012 |
| **Coucher Avec une Autre Fille** | PA0001801715 | 08/13/2012 | 08/14/2012 | 12/21/2012 |
| **Cum With Me** | PA0001817714 | 12/04/2012 | 12/16/2012 | 01/10/2013 |
| **Farewell** | PA0001800473 | 08/03/2012 | 08/07/2012 | 12/17/2012 |
| **Girls Night Out** | PA0001762409 | 11/14/2011 | 11/23/2011 | 12/17/2012 |
| **Happy Couple** | PA0001794461 | 06/25/2012 | 06/25/2012 | 12/16/2012 |
| **Loving Angels** | PA0001817752 | 11/30/2012 | 12/17/2012 | 01/14/2013 |
| **Newlyweds** | PA0001859662 | 07/04/2013 | 07/26/2013 | 07/14/2013 |
| **Oh Mia** | PA0001852674 | 06/28/2013 | 07/05/2013 | 10/07/2013 |
| **Poolside Passion** | PA0001811851 | 10/25/2012 | 10/26/2012 | 12/17/2012 |
| **Positively In Love** | PA0001800358 | 07/04/2012 | 07/11/2012 | 01/09/2013 |
| **Prelude to Passion** | PA0001816166 | 11/27/2012 | 12/11/2012 | 12/17/2012 |
| **Pretty Back Door Baby** | PA0001789427 | 05/08/2012 | 05/10/2012 | 12/17/2012 |
| **Starting Over** | PA0001803663 | 08/27/2012 | 09/10/2012 | 12/20/2012 |
| **Unforgettable View #1** | PA0001817759 | 12/07/2012 | 12/16/2012 | 01/10/2013 |
| **White Hot** | PA0001800472 | 08/02/2012 | 08/05/2012 | 12/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 23**

EXHIBIT B

NIL180